UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Esther Salas |
| v. | Crim. No. 24-546 |
| JOSE PINEDA | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of the United States, by Alina Habba, Acting United States Attorney for the District of New Jersey (Ingrid Eicher, Assistant U.S. Attorney, appearing), and defendant Jose Pineda (Vikas Bajaj, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the parties the necessary time for effective preparation and to permit the parties to attempt to resolve this case, which would render any trial unnecessary.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 5th day of August, 2025,

ORDERED that this action be, and hereby is, continued until October 3, 2025; and it is further

ORDERED that the period from the date of this order through October 3, 2025 be, and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Esther Salas
United States District Judge

Consented to as to form and entry:

_____
Ingrid Eicher
Assistant U.S. Attorney


  /s/ Vikas Bajaj
_____
Vikas Bajaj, Esq.
Counsel for Defendant